IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

PEGGY HOPKINS                                                          PLAINTIFF

V.                          NO. 4:22-CV-00552-JTK

COMMISSIONER OF
SOCIAL SECURITY ADMINISTRATION                        DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED,

ORDERED, and ADJUDGED that this case is DISMISSED with prejudice.

Judgment is entered in favor of the Defendant.

DATED this 26th day of April, 2023

_____
UNITED STATES MAGISTRATE JUDGE